[No. 33790. Department One. May 2, 1957.]

ETHEL S. WELLIEVER, *Appellant*, v. ALEXANDER C. MACNULTY *et al., Respondents.*[1]

*Cashatt & Williams* and *James P. Connelly*, for appellant.

*John D. MacGillivray* and *Willard W. Jones*, for respondents.

PER CURIAM.—This appeal involves a factual issue. The evidence with reference to it was conflicting. The jury determined the issue in favor of the respondents. The jury is the sole judge of the facts. *Arthurs v. National Postal Transport Ass'n*, 49 Wn. (2d) 570, 577, 304 P. (2d) 685, and case cited.

The judgment is affirmed.

[1]Reported in 310 P. (2d) 531.